**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| ANA L. DIAZ-LOPEZ, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCORD DAYTON HOTEL II, LLC, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00360<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

# NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Plaintiffs Ana L. Diaz-Lopez, Carlos R. Perez-Zavala, and the Conjugal Partnership Diaz-Perez have not filed a diversity disclosure statement as required by that Rule. Plaintiffs are therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge